# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

FILED IN OPEN COURT *CR*
ON **3/29/2012**
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| United States of America | ) | |
| v. | ) | |
| Aniruddha Patel | ) | Case No: 5:08-CR-280-BO-1 |
| | ) | USM No: 40259-424 |
| | ) | |
| Date of Original Judgment: 02/23/2009 | ) | |
| Date of Previous Amended Judgment: | ) | Thomas P. McNamara |
| *(Use Date of Last Amended Judgment if Any)* | ) | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The offense(s) of conviction does not involve crack cocaine.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 23, 2009 shall remain in effect. **IT IS SO ORDERED.**

Order Date: **3-29-12**

_Judge's signature_

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011